IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50872
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

PEDRO AGUIRRE-JOYA,

                                        Defendant-Appellant.
- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-97-CR-1019-ALL-H
- - - - - - - - - -

May 20, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    The court-appointed attorney for Pedro Aguirre-Joya ("Aguirre") has filed a motion to withdraw from representation of Aguirre and a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Aguirre has filed no response to his attorney's motion and brief. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, Aguirre's court-appointed attorney's motion to withdraw is GRANTED; the attorney is excused from further responsibilities herein and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.